JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID MARKS, | Case No. 2:21-cv-04043-MCS-JPR |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| UMG RECORDINGS, INC., and CAPITOL RECORDS, INC., | |
| Defendants. | |

1

Pursuant to this Court's Order Granting Motion to Dismiss,

IT IS ADJUDGED that the action is dismissed with prejudice. Judgment is entered in favor of Defendants UMG Recordings, Inc. and Capitol Records, LLC. Plaintiff David Marks shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 6, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE