**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID MARKS, an individual, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>   Defendant. | CASE NO.: 2:21-cv-04043-MCS-JPR<br><br>**CLASS ACTION**<br><br>**ORDER RE: STIPULATION TO CONTINUE DEADLINE TO AMEND COMPLAINT OR REQUEST REFERRAL TO ADR (ECF No. 47)** |

Pursuant to stipulation, and good cause appearing, the deadline set in the August 11, 2023 order (ECF. No. 46) to amend the complaint or request referral to an alternative dispute resolution procedure is continued from August 25, 2023, to September ~~15~~ **8**, 2023. **No further extensions will be granted absent an extraordinary showing of good cause.**

IT IS SO ORDERED.

Dated: August 25, 2023

*Mark C. Scarsi*
Mark C. Scarsi
United States District Judge