JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARKS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, LLC,<br><br>Defendants. | Case No. 2-21-cv-04043-MCS-JPR<br><br>**JUDGMENT** |

Pursuant to this Court's Order on Defendants' Motion for Judgment on the Pleadings,

IT IS ADJUDGED that the action is dismissed with prejudice. Judgment is entered in favor of Defendants UMG Recordings, Inc. and Capitol Records, LLC. Plaintiff David Marks shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 18, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE